UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES BALESTRA, a Washington citizen, | No. C08-5093 KLS |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO STRIKE |
| SAFEFREIGHT TECHNOLOGY (USA), INC., | |
| Defendant. | |

This matter comes before the court on the Defendant's Motion to Strike (Dkt. #27) reference to a settlement offer which is contained in the Plaintiff's Reply to the Defendant's Motion for Summary Judgment. The Plaintiff filed his Response and withdrew Exhibit A attached to the Plaintiff's Reply (Dkt. #24). The undersigned agrees with all counsel that Fed. R. Evid. 408 precludes reference to any settlement offer and therefore GRANTS the Defendant's Motion to Strike Exhibit A as well as any and all references to Exhibit A or its contents.

DATED this 8th day of August, 2008.

Karen L. Strombom
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Granting Motion to Strike
Page - 2